Charles Howes, Plaintiff-Appellant, v. Sadie Nathan, and Esther P. Fetters, Defendants-Appellees.

Gen. No. 11,041.

Second District, Second Division.

October 9, 1957.

Released for publication October 28, 1957.

John R. Snively, for appellant; Maynard & Maynard, and Foltz, Haye & Keegan, for appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.